IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

BUTTERS LIVING TRUST, : Case No. 4:12-cv-02010
:
    Plaintiff : (Judge Brann)
:
v. :
:
SWEPI, LP :
:
    Defendants. :

**ORDER**

July 12, 2013

On June 13, 2013, Chief Magistrate Judge Martin C. Carlson issued a Report and Recommendation in which he advised the Court to deny SWEPI, LP's motion to dismiss for failure to state a claim. (ECF No. 22). SWEPI, LP did not file objections. Having considered the Report and Recommendation, the Court agrees with its reasoning and result.

NOW, THEREFORE, this 10th day of July, 2013, IT IS HEREBY ORDERED: the June 13, 2013 Report and Recommendation (ECF No. 22) is ADOPTED; the motion to dismiss (Oct. 12, 2012, ECF No. 4) is DENIED; and the

case is REMANDED to Magistrate Judge Carlson.

BY THE COURT:

s/ Matthew W. Brann
Matthew W. Brann
United States District Judge